563, 130 S. Ct. 2577, 177 L. Ed. 2d 68 (2010).

Same case below, 344 Fed. Appx. 944.

**No. 09-955. Richard Lawrence Alexis, Petitioner v. Eric H. Holder, Jr., Attorney General.**

561 U.S. 1001, 130 S. Ct. 3462, 177 L. Ed. 2d 1049, 2010 U.S. LEXIS 5041.

June 21, 2010. On petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Fifth Circuit for further consideration in light of Carachuri-Rosendo v. Holder, 560 U.S. 563, 130 S. Ct. 2577, 177 L. Ed. 2d 68 (2010).

Same case below, 354 Fed. Appx. 62.

**No. 09-5386. Omar C. Fernandez, Petitioner v. Eric H. Holder, Jr., Attorney General.**

561 U.S. 1001, 130 S. Ct. 3451, 177 L. Ed. 2d 1049, 2010 U.S. LEXIS 5096.

June 21, 2010. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Seventh Circuit for further consideration in light of Carachuri-Rosendo v. Holder, 560 U.S. 563, 130 S. Ct. 2577, 177 L. Ed. 2d 68 (2010).

Same case below, 544 F.3d 862.

**No. 09-8003. Bobby Lee Watson, Petitioner v. United States.**

561 U.S. 1001, 130 S. Ct. 3455, 177 L. Ed. 2d 1049, 2010 U.S. LEXIS 5090.

June 21, 2010. On petition for writ of certiorari to the United States Court of Appeals for the Fourth. Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Fourth Circuit for further consideration in light of Carachuri-Rosendo v. Holder, 560 U.S. 563, 130 S. Ct. 2577, 177 L. Ed. 2d 68 (2010).

Same case below, 336 Fed. Appx. 363.

**No. 09-8235. Hector Felix Garza-Gonzalez, Petitioner v. United States; and Allan Mejia-Portillo, Petitioner v. United States.**

561 U.S. 1002, 130 S. Ct. 3456, 177 L. Ed. 2d 1049, 2010 U.S. LEXIS 5171.

June 21, 2010. On petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Fifth Circuit for further consideration in light of Carachuri-Rosendo v. Holder, 560 U.S. 563, 130 S. Ct. 2577, 177 L. Ed. 2d 68 (2010).

Same case below, 333 Fed. Appx. 893 (first judgment); 348 Fed. Appx. 990 (second judgment).

**No. 09-8474. Francisco De Jesus Rodriguez, Petitioner v. United States; and Jose Alfredo Mendoza-Delgado, Petitioner v. United States.**

561 U.S. 1002, 130 S. Ct. 3457, 177 L. Ed. 2d 1049, 2010 U.S. LEXIS 5157.

June 21, 2010. Motion of petitioner for leave to proceed in forma pauperis and

petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Fifth Circuit for further consideration in light of Carachuri-Rosendo v. Holder, 560 U.S. 563, 130 S. Ct. 2577, 177 L. Ed. 2d 68 (2010).

Same case below, 348 Fed. Appx. 960 (first judgment).

**No. 09-8822. Kurt Garbutt, Petitioner v. Eric H. Holder, Jr., Attorney General.**

561 U.S. 1002, 130 S. Ct. 3460, 177 L. Ed. 2d 1050, 2010 U.S. LEXIS 5080.

June 21, 2010. On petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Seventh Circuit for further consideration in light of Carachuri-Rosendo v. Holder, 560 U.S. 563, 130 S. Ct. 2577, 177 L. Ed. 2d 68 (2010).

Same case below, 351 Fed. Appx. 106.

**No. 09-8935. Oscar Alvarez, Petitioner v. Eric H. Holder, Jr., Attorney General.**

561 U.S. 1002, 130 S. Ct. 3461, 177 L. Ed. 2d 1050, 2010 U.S. LEXIS 5036.

June 21, 2010. On petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Seventh Circuit for further consideration in light of Carachuri-Rosendo v. Holder, 560 U.S. 563, 130 S. Ct. 2577, 177 L. Ed. 2d 68 (2010).

**No. 09-9041. Jose N. Lopez-Mendoza, Petitioner v. Eric H. Holder, Jr., Attorney General.**

561 U.S. 1002, 130 S. Ct. 3463, 177 L. Ed. 2d 1050, 2010 U.S. LEXIS 5060.

June 21, 2010. On petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Seventh Circuit for further consideration in light of Carachuri-Rosendo v. Holder, 560 U.S. 563, 130 S. Ct. 2577, 177 L. Ed. 2d 68 (2010).

**No. 09-9049. Mark A. Beckford, Petitioner v. Eric H. Holder, Jr., Attorney General.**

561 U.S. 1002, 130 S. Ct. 3463, 177 L. Ed. 2d 1050, 2010 U.S. LEXIS 5026.

June 21, 2010. On petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Seventh Circuit for further consideration in light of Carachuri-Rosendo v. Holder, 560 U.S. 563, 130 S. Ct. 2577, 177 L. Ed. 2d 68 (2010).